*E-Filed 2/21/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYRONE YOUNGS,<br><br>        Plaintiff,<br><br>    v.<br><br>MS. JAMES, and<br>SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>        Defendants. | No. C 14-0208 RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain (1) a complete IFP application, **or** (2) full payment for the filing fee of $350.00.  The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: February 21, 2014

_____
RICHARD SEEBORG
United States District Judge